**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:26-CR-153 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| LUIS SERNA-RAMIREZ, | ) | |
| | ) | |
| | ) | **REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |
| | ) | |

Pursuant to General Order 99-49, Judge Oliver referred this case to me for the purpose of receiving, after consent, Defendant Luis Serna-Ramirez's ("Defendant") guilty plea to Count 1 of the Indictment. The following, along with the transcript or other record of the proceedings, constitutes my Report and Recommendation concerning Defendant's guilty plea:

1.   Defendant, accompanied by counsel, entered a plea of guilty under oath on May 28, 2026;

2.   I examined Defendant as to his competency to participate in a plea proceeding and found him to be competent;

3.   Defendant stated he was satisfied with the advice, competence, and efforts of his lawyer;

4.   Defendant was advised of the following rights: to tender a plea of not guilty or stand upon such a plea previously entered; to trial; to representation by counsel, including appointed counsel, at all stages of the proceedings; to confront and cross-examine adverse witnesses; to present witnesses and to compel their presence; to compel production of exhibits or documents for trial on his behalf; and to waive the privilege against self-incrimination. Defendant acknowledged he understood that if a plea of guilty was accepted, all of these rights would be waived;

5.   Defendant was advised that the government would have the right, in a prosecution for perjury, to use any statement he makes under oath;

6.   The parties provided me with sufficient information about the charged offenses and Defendant's conduct to establish a factual basis for the plea;

7.      I questioned the Defendant under oath and find that the Defendant's plea was offered knowingly, intelligently, and voluntarily.

In light of the foregoing and the record submitted herewith, I find that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Accordingly, I recommended that the Court accept Defendant's guilty plea and enter a plea of guilty.

/s/*Jennifer Dowdell Armstrong*
Jennifer Dowdell Armstrong
United States Magistrate Judge

Date: May 29, 2026

The parties waived their right on the record and in open court to make objections to this Report and Recommendation within 14 days.