UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:26 CR 153 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| LUIS SERNA-RAMIREZ, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer Dowdell Armstrong, regarding the change of plea hearing of Luis Serna-Ramirez, which was referred to the Magistrate Judge with the consent of the parties.

On April 1, 2026 the government filed a 1 count Indictment, charging Defendant Luis Serna-Ramirez with Illegal Reentry, in violation of Title 8 U.S.C. § 1326(a).  On April 17, 2026 Magistrate Judge Amanda Knapp held an arraignment, at which time Mr. Serna-Ramirez entered a plea of not guilty to the charges.  On May 28, 2026 Magistrate Judge Armstrong received Defendant's plea of guilty to count 1 the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Luis Serna-Ramirez is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual

basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Luis Serna-Ramirez is adjudged guilty to count 1 of the  Indictment in violation of Title 8 U.S.C. § 1326(a). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on July 6, 2026 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 23, 2026